UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Christy Walker-Schaut, | Case No.: 3:23-cv-05913 |
| Plaintiff, | CLASS ACTION COMPLAINT |
| v. | JURY DEMAND |
| On Point Global LLC, | |
| Defendant. | |

**INTRODUCTION**

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2. Defendant On Point Global LLC ("On Point") has contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Christy Walker-Schaut ("Walker-Schaut").

CLASS COMPLAINT - 1

3. Walker-Schaut wants this telephone spam to stop. Many others do as well. Plaintiff's legal counsel has more than 20 other clients who have received unwanted and unsolicited telephone spam from On Point.

4. On Point has already been sued by the Federal Trade Commission to halt a scheme to lure consumers using aggressive text marketing tactics to their company websites promising a quick and easy government service that proved to be misleading. *See* https://www.ftc.gov/news-events/news/press-releases/2022/04/ftc-win-at-trial-against-on-point-global-makes-102-million-in-refunds-for-consumers.

5. Walker-Schaut brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages for On Point's illegal telemarketing.

## JURISDICTION AND VENUE

6. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

8. This Court has supplemental jurisdiction over the state claims under 28 U.S.C § 1367.

## PARTIES

9. Plaintiff Christy Walker-Schaut is a resident of Woodland, WA.

10. Defendant On Point Global LLC is a limited liability company with its principal place of business in Miami, Florida.

## FACTUAL ALLEGATIONS

11. Walker-Schaut's home, phone, and privacy been invaded by On Point's non-emergency text messages.

12. Walker-Schaut is the residential subscriber of the cell phone number 360-355-2141. Walker-Schaut uses this phone number at home. Walker-Schaut makes and takes personal calls and text messages on this phone number.

CLASS COMPLAINT - 2

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

13. Walker-Schaut registered the number 360-355-2141 on the national Do Not Call Registry ("DNCR") on July 26, 2022.

14. On Point has initiated text messages to Walker-Schaut at least 32 times, including the following:

    i. **SMS from 23909 on Aug 6, 2023, at 2:05am UTC**
    Housing Grants and Rent Assistance Programs. Click to Learn More. i.housing-portal.org/IoG2NE/34814 Reply STOP to stop

    ii. **SMS from 85282 on Aug 6, 2023, at 9:15pm UTC**
    Section 8: Learn more about the LIHEAP program and how it can pay your utility bills. i.homeresourcesnow.com/IoG2NE/39822 Reply STOP to stop

    iii. **SMS from 85282 on Aug 7, 2023, at 9:25pm UTC**
    Section 8: Learn how you can apply for the TANF cash assistance program. i.homeresourcesnow.com/IoG2NE/39992 Reply STOP to stop

    iv. **SMS from 85282 on Aug 8, 2023, at 9:26pm UTC**
    Section 8: Learn about available grant programs and how you can apply. i.homeresourcesnow.com/IoG2NE/39823 Reply STOP to stop

    v. **SMS from +18444315360 on Mar 17, 2023, at 7:20pm UTC**
    Christy, Review our housing and rent guide about available programs. i.benefitguides.org/IoG2NE/38088 Reply STOP to stop

    vi. **SMS from +18444315289 on Mar 10, 2023, at 10:06pm UTC**
    Learn More About the LIHEAP Utility Bill Assistance Program. i.benefitguides.org/IoG2NE/34740 Reply STOP to stop

    vii. **SMS from 97747 on Mar 20, 2023, at 11:14pm UTC**
    Housing Assistance: Interested in Learning About Rent Assistance Programs? Learn More. i.housing-assistance.org/IoG2NE/39964 Reply STOP to stop

CLASS COMPLAINT - 3

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

viii. **SMS from 97747 on Apr 5, 2023, at 9:50pm UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

ix. **SMS from 97747 on Apr 10, 2023, at 10:48pm UTC**
Housing Assistance: Find Out How You Can Apply for Rent Assistance Programs in Your State. i.housing-assistance.org/IoG2NE/39965 Reply STOP to stop

x. **SMS from 97747 on Apr 26, 2023, at 11:15pm UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

xi. **SMS from 97747 on May 1, 2023, at 10:38pm UTC**
Housing Assistance: Interested in Learning About Rent Assistance Programs? Learn More. i.housing-assistance.org/IoG2NE/39964 Reply STOP to stop

xii. **SMS from 97747 on May 17, 2023, at 10:45pm UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

xiii. **SMS from 97747 on May 22, 2023, at 8:50pm UTC**
Housing Assistance: Interested in Learning About Rent Assistance Programs? Learn More. i.housing-assistance.org/IoG2NE/39964 Reply STOP to stop

xiv. **SMS from 97747 on Jun 7, 2023, at 10:45pm UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

xv. **SMS from 97747 on Jun 12, 2023, at 10:20pm UTC**
Housing Assistance: Find Out How You Can Apply for Rent Assistance Programs in Your State. i.housing-assistance.or,g/IoG2NE/39965 Reply STOP to stop

xvi. **SMS from 97747 on Jun 29, 2023, at 2:27am UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

xvii. **SMS from 97747 on Jul 3, 2023, at 10:07pm UTC**
Housing Assistance: Interested in Learning About Rent

CLASS COMPLAINT - 4

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

Assistance Programs? Learn More. i.housing-assistance.org/IoG2NE/39964 Reply STOP to stop

xviii. **SMS from 97747 on Jul 19, 2023, at 10:09pm UTC**
Housing Assistance: Learn How You Can Apply for Housing Assistance Programs. i.housing-assistance.org/IoG2NE/40145 Reply STOP to stop

xix. **SMS from 97747 on Jul 24, 2023, at 9:44pm UTC**
Housing Assistance: Interested in Learning About Rent Assistance Programs? Learn More. i.housing-assistance.org/IoG2NE/39964 Reply STOP to stop

xx. **SMS from +18444315449 on Jun 18, 2023, at 10:28pm UTC**
Housing Grants and Rent Assistance Programs. Click to Learn More. i.benefitguides.org/IoG2NE/34790 Reply STOP to stop

xxi. **SMS from +18444315280 on Aug 6, 2023, at 10:05pm UTC**
Christy, View Your LIHEAP Program Guide. i.benefitguides.org/IoG2NE/39762 Reply STOP to stop

xxii. **SMS from 97887 on May 23, 2023, at 3:33pm UTC**
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/CxS:2X3JU Reply STOP to quit text

xxiii. **SMS from 85282 on Aug 9, 2023, at 9:39pm UTC**
Section 8: Learn to apply for the Liheap program and how it can pay your utility bills. i.homeresourcesnow.com/IoG2NE/40146 Reply STOP to stop

xxiv. **SMS from +18776217410 on Mar 28, 2023, at 3:49pm UTC**
Christy, Learn How You Can Apply for section 8 housing. i.benefitguides.org/IoG2NE/34749 Reply STOP to stop

xxv. **SMS from 23909 on Aug 9, 2023, at 11:35pm UTC**
Learn How You Can Apply for the TANF Cash Assistance program. i.housing-portal.org/IoG2NE/34816 Reply STOP to stop

xxvi. **SMS from 23909 on Aug 14, 2023, at 11:28pm UTC**
Discover ways to apply for housing and rental support

       programs. i.housing-portal.org/IoG2NE/40274 Reply STOP to stop

xxvii. **SMS from 23909 on Aug 21, 2023, at 9:24pm UTC**
Discover ways to apply for housing and rental support programs. i.housing-portal.org/IoG2NE/40274 Reply STOP to stop

xxviii. **SMS from +18885738580 on May 27, 2023, at 5:08pm UTC**
Christy, View Your Guide on Programs that Can Assist With Rent. i.benefitguides.org/IoG2NE/34779 Reply STOP to stop

xxix. **SMS from 97887 on Aug 26, 2023, at 3:40pm UTC**
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/F5G:2X3JU Reply STOP to quit text

xxx. **SMS from 23909 on Aug 28, 2023, at 9:12pm UTC**
Discover ways to apply for housing and rental support programs. i.housing-portal.org/IoG2NE/40274 Reply STOP to stop

xxxi. **SMS from 97887 on Sep 2, 2023, at 3:35pm UTC**
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/FAv:2X3JU Reply STOP to quit text

xxxii. **SMS from 97887 on Sep 16, 2023, at 3:38pm UTC**
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.info/b/FWk:2X3JU Reply STOP to quit text

15. On Point did not disclose its identity in the text messages.

16. These text messages contained links to four different websites: i.housing-portal.org, i.homeresourcesnow.com, i.benefitguides.org, i.housing-assistance.org.

17. These four websites are each owned and controlled by On Point.

18. On Point has a dedicated page at https://opgcustomerprivacy.com that describes On Point's global terms, privacy policy, websites, etc. *See* https://opgcustomerprivacy.com/privacy/ (stating that this privacy policy "explains how On Point Global, LLC and its website partners that link to this Privacy Policy (collectively, the 'Company',

CLASS COMPLAINT - 6

1  'we' or 'our') collect, share, use, and protect personal information and data we receive through
2  our business activities and websites").

3         19.    At the URL https://opgcustomerprivacy.com/website-partners, On Point explains
4  that "we partner or create a multitude of brands to serve diversified and unbiased content" and
5  then lists 101 different unique domains it runs to do so.

6         20.    The domains listed on https://opgcustomerprivacy.com/website-partners are many
7  of the same domains that the FTC said were "On Point Global's Bogus Websites for Government
8  Benefits." See ftc.gov/system/files/ftc_gov/pdf/OnPointGlobalGovBenefitSites.pdf.

9         21.    The domains housing-portal.org, homeresourcesnow.com, benefitguides.org, and
10 housing-assistance.org—which are the domains included in the text messages to Walker-
11 Schaut—are all listed at https://opgcustomerprivacy.com/website-partners. This indicates that On
12 Point owns and controls each of these domains.

13        22.    Not only are the websites owned and controlled by On Point, but the phone
14 numbers that sent the text messages are also owned and controlled by On Point.

15        23.    The terms of service at housing-portal.org say that they send text messages from
16 the short code 23909. See https://housing-portal.org/terms-and-conditions. Walker-Shaut
17 received at least five text messages from the short code 23909.

18        24.    The terms of service at homeresourcesnow.com say that they send text messages
19 from the short code 85282. See https://homeresourcesnow.com/terms-and-conditions. Walker-
20 Shaut received at least four text messages from the short code 85282.

21        25.    The purpose of the text messages was to sell goods and services.

22        26.    While On Point states in the text messages that consumers can get a "Guide," this
23 is merely a front for On Point's primary purpose of its invasive telephone solicitations, which is
24 to generate money by selling goods and services.

25        27.    For example, the text message on August 6, 2023, from 23909 contained the link
26 i.homeresourcesnow.com/IoG2NE/39822. When visiting this link, it redirects to
27 https://eligibility-assistance.org/liheap in which there is a webform users can complete to get
28 access to a LIHEAP Guide. The webform says information provided may be "shared with third

CLASS COMPLAINT - 7

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

parties for other marketing purposes." There is a hyperlink that lists 173 different marketing partners such as North Star Mutual Insurance and Allstate Insurance.

28. As another example, the text message on May 1, 2023, from 97747 contained the link i.housing-assistance.org/IoG2NE/39964. When visiting this link, it redirected to https://section-8assistance.com/get-started in which there is a webform to access a Guide for Section 8 housing assistance. The disclaimer says that by submitting the webform users "agree to receive marketing calls and/or text messages from section-8assistance.com, our Marketing Partner Medigap Life and other Marketing Partners." MEDIGAP LIFE is a leading insurance brokerage company.

29. When a user fills out the webform at https://section-8assistance.com/get-started, before the user can access the Guide, the user is asked nearly a dozen questions for the purpose of generating marketing leads for On Point's marketing partners. These questions include whether the user needs a bank account, debt relief, or tax relief. The questions include whether the user has been injured and would like to participate in any mass torts such as Camp Lejeune, Hernia Mesh, etc. Depending on how the user responds to the survey questions, they are redirected immediately to websites offering legal services such as jouraslaw.com, and to websites offering personal and auto loans such as onemainfinancial.com.

30. On information and belief, On Point initiated the text messages using an automated system that randomly or sequentially generated Walker-Schaut's number.

31. Walker-Schaut never provided the number 360-355-2141 to On Point, never had a relationship with On Point, and never gave permission for On Point to send any type of communication.

32. OnPoint's text messages are a nuisance and annoyance to Walker-Schaut. The text messages have invaded Walker-Schaut's privacy. The spam has diminished the value of Walker-Schaut's phone and Walker-Schaut's enjoyment of life.

33. The text messages were especially intrusive, frustrating, and annoying to Walker-Schaut because On Point purposefully hid its identity. Walker-Schaut had no idea who was spamming, whether the spammer was somebody whom Walker-Schaut had previously told to

stop, or whether it was safe for Walker-Schaut to make a do-not-call request. By not disclosing On Point's identity, On Point knowingly tried to prevent Walker-Schaut from monitoring and enforcing compliance with the TCPA.

## LEGAL STANDARD

34. **Washington Commercial Text Messages**. No person "may initiate or assist in the transmission of an electronic commercial text message to a telephone number assigned to a Washington resident" unless the recipient has "clearly and affirmatively consented in advance." RCW 19.190.060(1), .070(1)(b).

35. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the national DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

36. **Identification of Caller**. The TCPA requires telemarketers to disclose the name of the individual caller and the name of the person or entity on whose behalf the call is being made. 47 C.F.R. § 64.1200(d)(4).

37. **Automatic Telephone Dialing System**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. §64.1200(a)(1). text messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

## CLASS ACTION ALLEGATIONS

38. Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Walker-Schaut brings this action on behalf of all other persons similarly situated throughout the United States.

39. Walker-Schaut proposes the following Classes:

**The Washington SMS Class**
All persons (1) who are residents of Washington (2) to whom On Point initiated or assisted in the transmission of (3) one or more commercial text messages (4) within the last four years from the filing of this action.

**The DNCR Class**
All people in the United States (1) to whom On Point initiated more than one telephone solicitation within any 12-month period, (2) to their cellular telephone number, (3) while their phone number was listed on the national Do Not Call Registry, (4) within the last four years from the filing of this action.

**The Failure to Identify Class**
All persons in the United States (1) to whom On Point initiated more than one telemarketing call or text message within any 12-month period, (2) to their cellular telephone number, (3) without disclosing the name of the individual initiating the text messages and the name of the entity on whose behalf the text messages were made, (4) within the last four years from the filing of this action.

**The ATDS Class**
All people in the United States (1) to whom On Point initiated more than one or more call or text message to their cellular telephone, (2) using the same equipment or type of equipment utilized to initiate text messages to Walker-Schaut, (3) within the last four years from the filing of this action.

40. Walker-Schaut does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

41. Class members are identifiable through phone records and phone number databases.

42. There are questions of law and fact common to Walker-Schaut and the class member including but not limited to:

    i. Whether On Point initiated the text messages.

    ii. Whether On Point's text messages violated the law.

    iii. Whether Walker-Schaut and class members are entitled to statutory damages, trebled damages, and injunctive relief.

43. Walker-Schaut's claims are typical of the claims of the class members. Walker-Schaut's claims, like the class members' claims, arise out of the same common course of conduct by On Point and are based on the same legal and remedial theories.

CLASS COMPLAINT - 10

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

44. Walker-Schaut is an adequate representative of the class because Walker-Schaut's interests do not conflict with the interests of the class members, Walker-Schaut will fairly and adequately protect the interests of the class members, and Walker-Schaut is represented by counsel skilled and experienced in class actions, including TCPA class actions.

45. Common questions of law and fact predominate over questions affecting only individual class members.

46. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

47. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**FIRST CAUSE OF ACTION**
**Illegal Commercial Text Messages to Washington Residents**
**(On Behalf of Walker-Schaut and the Washington SMS Class)**

48. On Point violated RCW 19.190.060 by initiating or assisting in the transmission of commercial text messages to Walker-Schaut and members of the Washington SMS Class without consent. RCW 19.190.060(1), .070(1)(b).

49. Walker-Schaut and members of the Washington SMS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. RCW 19.190.040(1).

50. The court should award attorney's fees and costs. RCW 19.86.090; see also *Wright v. Lyft, Inc.*, 189 Wash. 2d 718 (2017) (finding a violation of RCW 19.190.040 is a violation of Washington's Consumer Protection Act and establishes both the injury and causation elements thereof).

CLASS COMPLAINT - 11

51. The court should enjoin such violations. RCW 19.86.090.

## SECOND CAUSE OF ACTION
### Illegal Solicitation of Persons on the DNCR
### (On Behalf of Walker-Schaut and the Do Not Call Class)

52. On Point violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Walker-Schaut and members of the DNCR Class while their phone numbers were on the DNCR.

53. Walker-Schaut and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

54. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

55. The court should enjoin such violations. *Id.*

## THIRD CAUSE OF ACTION
### Failure To Identify
### (On Behalf of Walker-Schaut and the Failure to Identify Class)

56. On Point violated 47 C.F.R. § 64.1200(d)(4) by initiating text messages to Walker-Schaut and members of the Failure to Identify Class without disclosing the name of the individual initiating the text messages and the name of the person or entity on whose behalf the text messages were made.

57. Walker-Schaut and members of the Failure to Identify Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

58. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

59. The court should enjoin such violations. *Id.*

## FOURTH CAUSE OF ACTION
### Illegal Use of an Automatic Telephone Dialing System
### (On Behalf of Walker-Schaut and the Failure to Identify Class)

60. On Point violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Walker-Schaut and members of the ATDS Class.

CLASS COMPLAINT - 12

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

61. Walker-Schaut and members of the ATDS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

62. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

63. The court should enjoin such violations. *Id*.

## RELIEF REQUESTED

Walker-Schaut respectfully requests the Court grant the following relief:

A. Certification of the proposed Classes;

B. Appointment of Walker-Schaut as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

D. Injunctive relief as set forth above;

E. An award of damages to Walker-Schaut and class members, as allowed by law;

F. An award of fees, costs, and interest, as allowed by law; and

G. Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Walker-Schaut requests a jury trial as to all claims of the Complaint so triable.

DATED October 10, 2023

Respectfully submitted,

*/s/ Conner Spani*
Conner Spani, WSBA #58788
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
conner.spani@lawhq.com

*Attorney for Plaintiff*