The Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTY WALKER-SCHAUT,

Plaintiff,

v.

ON POINT GLOBAL LLC,

Defendant.

Case No. 3:23-cv-05913

**STIPULATED MOTION AND [PROPOSED] ORDER OF DEFENDANT'S TIME TO ANSWER**

**NOTE ON MOTION CALENDAR: NOVEMBER 6, 2023**

## STIPULATION

Pursuant to Local Rule 7(j), Plaintiff Christy Walker-Schaut ("Plaintiff") and Defendant On Point Global LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") and, in support thereof, state as follows:

1.  Plaintiff filed her Complaint on October 10, 2023;

2.  Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i), Defendant's current deadline for responding to Plaintiff's Complaint is November 6, 2023;

3.  Good cause exists to grant the extension because counsel for Defendant was recently retained and needs additional time to review the allegations, investigate the underlying facts, and analyze the possibility of an early resolution, before preparing Defendant's response;

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF DEFENDANT'S TIME TO ANSWER: CASE NO.
3:23-CV-05913 - P A G E | 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300

1    4.   This motion is not filed for the purpose of delay, and no party will be prejudiced

2    by the granting of this motion; and

3    5.   Subject to Court approval, the Parties stipulate and agree that Defendant shall

4    have an extension of time up to and including December 6, 2023 to answer, move or otherwise

5    respond to Plaintiff's Class Action Complaint.

6    WHEREFORE, the Parties respectfully request that this stipulated motion be granted and

7    that Defendant be granted an extension of time up to and including December 6, 2023 to answer,

8    move or otherwise respond to Plaintiff's Class Action Complaint.

9    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 6th day of

10   November 2023.

11

12   */s Kristin M. Asai*              */s Conner Spani*
     HOLLAND & KNIGHT LLP             Conner Spani, WSBA #58788
13   Kristin M. Asai, WSBA #49511     **LawHQ, PC**
14   Kristin.Asai@hklaw.com           299 S. Main St. #1300
     HOLLAND & KNIGHT LLP             Salt Lake City, UT 94111
15   601 SW Second Avenue, Suite 1800 385-285-1090
     Portland, OR 97204               conner.spani@lawhk.com
16   Telephone: 503.243.2300
17                                    *Attorney for Plaintiff*
     *Attorney for Defendant*
18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF DEFENDANT'S TIME TO ANSWER: CASE NO.
3:23-CV-05913 - P A G E | 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300

**[PROPOSED] ORDER**

It is so ORDERED:

Defendant shall have an extension of time up to and including December 6, 2023 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

Dated this ____ day of November, 2023.

By: _____
Hon. Tiffany M. Cartwright

Presented by:


*/s Kristin M. Asai*_____
HOLLAND & KNIGHT LLP
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF DEFENDANT'S TIME TO ANSWER: CASE NO.
3:23-CV-05913 - P A G E | 3

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300