The Honorable Judge Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTY WALKER-SCHAUT,<br><br>Plaintiff,<br><br>v.<br><br>ON POINT GLOBAL LLC,<br><br>Defendant. | Case No. 3:23-cv-05913-TMC<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 4, 2023** |

### STIPULATION

Pursuant to Local Rule 7(j), Plaintiff Christy Walker-Schaut ("Plaintiff") and Defendant On Point Global LLC ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") and, in support thereof, state as follows:

1. Plaintiff filed her Complaint on October 10, 2023;

2. Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i), Defendant's original deadline for responding to Plaintiff's Complaint was November 6, 2023;

3. On November 6, 2023, Defendant filed a stipulated motion for an extension of time as counsel for Defendant had been recently retained and needed additional time to review the allegations and investigate the underlying facts, before preparing Defendant's response;

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER:
CASE NO. 3:23-CV-05913-TMC

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

4. The Court granted the motion and extended the time for Defendant to answer, move or otherwise respond to Plaintiff's Class Action Complaint, to December 6, 2023 [ECF 8];

5. The parties have since exchanged preliminary information regarding Plaintiff's claims and related issues;

6. Good cause exists to grant the extension because the parties continue to investigate the underlying facts, discuss jurisdictional issues, and explore the possibility of an early resolution, which may obviate the need for a response to the Complaint;

7. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion; and

8. Subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including January 10, 2024 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted an that Defendant be granted an extension of time up to and including January 10, 2024 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 4th day of December 2023.

*s/ Kristin M. Asai*
HOLLAND & KNIGHT LLP
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

*Attorney for Defendant*

*s/ Conner Spani*
**LawHQ, PC**
Conner Spani, WSBA #58788
299 S. Main St. #1300
Salt Lake City, UT 94111
385-285-1090
conner.spani@lawhk.com

*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER:
CASE NO. 3:23-CV-05913-TMC

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

# ORDER

It is so ORDERED:

Defendant shall have an extension of time up to and including January 10, 2024 to answer, move or otherwise respond to Plaintiff's Class Action Complaint.

Dated this 4th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

*s/ Kristin M. Asai*
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER:
CASE NO. 3:23-CV-05913-TMC

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300