1
2
3
4
5
6
7

The Honorable Judge Tiffany M. Cartwright

8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11

CHRISTY WALKER-SCHAUT,

Case No. 3:23-cv-05913

12

Plaintiff,

**UNOPPOSED MOTION AND ORDER
FOR CONTINUANCE OF CERTAIN
DEADLINES**

13

v.

14

ON POINT GLOBAL LLC,

**NOTE ON MOTION CALENDAR:
DECEMBER 22, 2023**

15

Defendant.

16

17

## <u>UNOPPOSED MOTION</u>

18          Pursuant to Local Rule 7(j), defendant On Point Global LLC ("Defendant") hereby

19   respectfully submits this unopposed motion to continue the initial scheduling dates set forth in

20   the Court's October 11, 2023 Order [ECF 3], as well as Defendant's deadline to file a Rule 12

21   motion or answer to Plaintiff's complaint and, in support thereof, states as follows:

22          1.   Plaintiff filed her Complaint on October 10, 2023;

23          2.   On October 11, 2023, the Court entered its scheduling Order setting the following

24   deadlines [ECF 3]:

25          Deadline for FRCP 26(f) Conference:                    12/26/2023

26          Initial Disclosures Pursuant to FRCP 26(a)(1):         1/2/2024

          Combined Joint Status Report and Discovery

UNOPPOSED MOTION AND ORDER FOR CONTINUANCE OF
CERTAIN DEADLINES: CASE NO. 3:23-CV-05913

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300

Plan as Required by FRCP 26(f)
and Local Civil Rule 26(f):                    1/9/2024

3.   The current schedule would require the parties to engage in preliminary discovery planning before Defendant's response to the complaint is due on January 10, 2024. *See* ECF 8, 10;

4.   Defendant has shared details of its preliminary investigation with Plaintiff and advised that Defendant intends to file, *inter alia*, a motion to compel arbitration pursuant to the arbitration provision and class action waiver in the terms Plaintiff expressly agreed to;

5.   Enforcement of the parties' agreement to arbitrate will moot the need for initial disclosures and a scheduling order, and anticipated motion practice on the sufficiency of Plaintiff's allegations in the complaint would also be unnecessary;

6.   Defendant therefore requests that the Court extend the initial scheduling deadlines[1] and Defendant's deadline to file a Rule 12 motion or answer to the complaint, until such time after the Court may deny Defendant's forthcoming motion to compel arbitration;

7.   Good cause exists to reset the deadlines because it is premature for the parties to engage in preliminary discovery planning and would be a waste of party and court resources to engage in unnecessary motion practice, if this dispute is subject to arbitration;

8.   This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion; and

9.   Defendant has conferred with Plaintiff and confirmed that Plaintiff does not oppose the relief sought in this motion.

///

///

---

[1] Plaintiff did not confirm her non-opposition to this motion until December 21, 2023, and thus the parties held their Rule 26(f) conference on December 22, 2023 to comply with the original deadline should the Court not have an opportunity to rule on this motion before the deadline.

UNOPPOSED MOTION AND ORDER FOR CONTINUANCE OF
CERTAIN DEADLINES: CASE NO. 3:23-CV-05913

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300

1    WHEREFORE, Defendant respectfully requests that the Court grant this unopposed

2  motion and reset the deadlines as follows:

3

4    | Defendant's deadline to file a Rule 12 motion or answer: | 30 days after the Court denies the motion compel arbitration |

5    | Deadline for FRCP 26(f) Conference (if not already held): | 15 days after the Court denies the motion compel arbitration |

6

7    | Initial Disclosures Pursuant to FRCP 26(a)(1): | 33 days after the Court denies the motion compel arbitration |

8    | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 40 days after the Court denies the motion compel arbitration |

9

10

11  DATE: December 22, 2023

12                    Respectfully submitted,

13

14                    By: *s/ Kristin M. Asai*

15                    HOLLAND & KNIGHT LLP
                      Kristin M. Asai, WSBA #49511
16                    Kristin.Asai@hklaw.com
                      601 SW Second Avenue, Suite 1800
17                    Portland, OR 97204
                      Telephone: 503.243.2300
18
                      *Attorney for Defendant*
19

20

21

22

23

24

25

26

UNOPPOSED MOTION AND ORDER FOR CONTINUANCE OF
CERTAIN DEADLINES: CASE NO. 3:23-CV-05913

1

# ORDER

2      It is so ORDERED:

3      Deadlines shall be reset as follows:

4

5           Defendant's deadline to file a     30 days after the Court denies the
Rule 12 motion or answer:     motion compel arbitration

6           Deadline for FRCP 26(f)     15 days after the Court denies the
Conference (if not already held):     motion compel arbitration

7

8           Initial Disclosures Pursuant to     33 days after the Court denies the
FRCP 26(a)(1):     motion compel arbitration

9           Combined Joint Status Report and     40 days after the Court denies the
Discovery Plan as Required by     motion compel arbitration

10           FRCP 26(f) and Local Civil Rule
26(f):

11

12

13      Dated this 26th day of December, 2023.

14

15

16

17                    Tiffany M. Cartwright
United States District Court Judge

18

19

20 Presented by:

21

22 *s/ Kristin M. Asai*

23 Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com

24 HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800

25 Portland, OR 97204
Telephone: 503.243.2300

26

UNOPPOSED MOTION AND ORDER FOR CONTINUANCE OF
CERTAIN DEADLINES: CASE NO. 3:23-CV-05913

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone:  503.243.2300