The Honorable Tiffany M. Cartwright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Christy Walker-Schaut, | |
| Plaintiff, | Case No.: 3:23-cv-05913-TMC |
| v. | **NOTICE OF APPEARANCE FOR THOMAS ALVORD, ESQ.** |
| On Point Global LLC, | |
| Defendant. | |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff in the above-entitled action.

DATED this 12TH day of April, 2024

/s/ *Thomas Alvord*
Thomas Alvord, WSBA #61943
LawHQ, P.C.
thomas@lawhq.com
450 Alaskan Way S Ste 200
Seattle, WA 98104
385-285-1090

*Attorney for Plaintiff*

NOTICE OF APPEARANCE- 1

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of April, 2024, the Notice of Appearance of Counsel was electronically filed and served on all counsel of record in the above-entitled matter via the Court's CM/ECF filing service.

DATED this 12TH day of April, 2024                    Respectfully Submitted,

                                                                   */s/ Thomas Alvord*
                                                                   Thomas Alvord